

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00089-CR

SCOTT EVERETT SHINE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Franklin County, Texas
Trial Court No. F-9064

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Scott Everett Shine appeals from three convictions of engaging in organized criminal activity with the underlying offense of delivery of a controlled substance. Shine has filed a single brief in which he raises an issue common to each of his appeals.[1] He argues that the trial court erred in limiting his cross-examination of one of the State's law enforcement witnesses.

We addressed this issue in detail in our opinion of this date on Shine's appeal in cause number 06-16-00088-CR. For the reasons stated there, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Ralph K. Burgess
Justice

Date Submitted:      September 22, 2016
Date Decided:        October 18, 2016

Do Not Publish

---

[1]Shine likewise appeals from his convictions in cause numbers 06-16-00088-CR and 06-16-00090-CR.